RICHARD R. PATCH (State Bar No. 88049)
HOWARD A. SLAVITT (State Bar No. 172840)
HANNAH JONES (State Bar No. 299418)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:     efilingrrp@coblentzlaw.com
           efilinghas@cpdb.com
           ef-hlj@cpdb.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NICHA LEASER, ATCHARA WONGSAROJ, KATINA MAGEE, and JOYCE EISMAN, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRIME ASCOT, L.P., a California limited partnership, *et al.,*<br><br>Defendants. | Case No. 2:20-CV-02502-TLN-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIMES TO FILE AND RESPOND TO AMENDED COMPLAINT**<br><br>Judge:    The Honorable Troy L. Nunley<br><br>Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 144, Plaintiffs and Defendants, by and through their undersigned counsel of record, hereby stipulate with respect to Plaintiffs' time to file a Second Amended Complaint in response to this Court's Order dated June 15, 2022, and Defendants' time to file a responsive pleading to that amended complaint, as follows:

WHEREAS, on June 15, 2022, this Court electronically filed its Order granting Defendants' Motion for Reconsideration, and granted Defendants' motion to dismiss the claims against the Standing Defendants with leave to amend ("Order") (ECF No. 34);

WHEREAS, pursuant to the Order, the Court struck Plaintiffs' Second Amended Complaint (ECF No. 30) from the docket, and ordered that Plaintiffs may file an amended complaint not more than 30 days from the electronic filing date of the Order, which would be on or before July 15, 2022;

WHEREAS, the Order further provided that Defendants shall file a responsive pleading not more than 21 days after the electronic filing date of the amended complaint;

WHEREAS, due to Defendants' counsel's pre-existing vacation plans and conflicting commitments on other matters, the Parties have agreed to extend the dates for Plaintiffs to file their amended complaint and for Defendants to file a responsive pleading as set forth below; and

WHEREAS, the Parties have not previously obtained any extensions of time with respect to these filing dates, and they do not enter into this stipulation for the purposes of delay.

**STIPULATION**

NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

Plaintiffs' time to file an amended complaint consistent with the Order shall be extended from July 15 to July 29, 2022; and

Defendants' time to file their responsive pleading shall be extended to August 26, 2022.

**SO STIPULATED:**

DATED: July 1, 2022				COBLENTZ PATCH DUFFY & BASS LLP


*/s/ Howard A. Slavitt*
HOWARD A SLAVITT
Attorneys for Defendants


DATED: July 1, 2022				NICHOLAS & TOMASEVIC, LLP


*/s/ Ethan T. Litney*
ETHAN T. LITNEY
Attorneys for Plaintiffs

**IT IS SO ORDERED**

DATED: July 5, 2022

Troy L. Nunley
United States District Judge