**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Jake W. Schulte (SBN 293777)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHA LEASER, ATCHARA WONGSAROJ, KATINA MCGEE, and JOYCE EISMAN, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PRIME ASCOT, L.P., a California limited liability partnership, *et al.*<br><br>Defendants. | Case No. 2:20-cv-02502-TLN-AC<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE BRIEFING SCHEDULE AND HEARING RE: DEFENDANTS' MOTION TO STRIKE**<br><br>**Judge**: Hon. Troy L. Nunley<br><br>**SAC Filed**: July 29, 2022<br>**Trial Date**: None Set |

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE BRIEFING SCHEDULE AND HEARING RE: DEFENDANTS' MOTION TO STRIKE

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 144, Plaintiffs and Defendants, by and through their undersigned counsel of record, hereby stipulate with respect to Defendants' Motion to Strike, or, in the alternative, to Join Required Parties ("Motion to Strike") (ECF No. 38), as follows:

WHEREAS, Defendants filed Motion to Strike, or, in the alternative, to Join Required Parties on August 26, 2022 (ECF No. 38);

WHEREAS, Plaintiffs' deadline to file their Opposition would normally be September 9, 2022.

WHEREAS, the lead Associate for Plaintiffs on this matter, Ethan Litney, Esq., has recently departed the firm representing Plaintiffs. Mr. Litney was to be heavily involved in drafting the Opposition.

WHEREAS, Plaintiffs have thus requested a two-week extension, from Defendants, to file their Opposition.

WHEREAS, Defendants agreed to said extension in exchange for an equivalent extension on their deadline for filing their Reply. Plaintiffs agreed.

WHEREAS, the Parties have not previously requested an extension regarding the above-referenced Motion to Strike, and the Parties do not enter into this stipulation for the purposes of delay.

## **STIPULATION**

NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. Plaintiffs' deadline to file a Response in opposition to Defendants' Motion to Strike shall be extended to September 23, 2022;

2. Defendants' deadline to file a Reply in support of their Motion to Strike shall be extended to October 17, 2022; and

///

///

///

3. The hearing for Defendants' Motion to Strike shall be continued to November 3, 2022, at 2:00 p.m.

**IT IS SO STIPULATED.**

Respectfully submitted:

DATED: September 6, 2022        **NICHOLAS & TOMASEVIC, LLP**

By:  /s/ Alex Tomasevic
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Jake W. Schulte (SBN 293777)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492 | Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

Attorneys for Plaintiffs

DATED: September 6, 2022        **COBLENTZ PATCH DUFFY & BASS LLP**

By:  /s/ Howard A. Slavitt*
  (as authorized on 9/6/2022*)
Richard R. Patch (SBN 88049)
Howard A. Slavitt (SBN172840)
Hannah Jones (SBN 299418)
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com
Email: ef-has@cpdb.com
Email: ef-hlj@cpdb.com

Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: September 6, 2022

Troy L. Nunley
United States District Judge