RICHARD R. PATCH (State Bar No. 88049)
HOWARD A. SLAVITT (State Bar No. 172840)
MARK L. HEJINIAN (State Bar No. 281417)
EVAN CAMPBELL (State Bar No. 342223)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:  ef-rrp@cpdb.com; ef-has@cpdb.com
        ef-mlh@cpdb.com; ef-egc@cpdb.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NICHA LEASER, ATCHARA WONGSAROJ, KATINA MAGEE, and JOYCE EISMAN, individually, and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PRIME ASCOT, L.P., a California limited partnership; PRIME ASCOT ACQUISITION, LLC, a Delaware limited liability company; PRIME/PARK LABREA TITLEHOLDER, LLC, a Delaware limited liability company (originally sued as Doe 1); PRIME ADMINISTRATION, LLC, a Delaware limited liability company; and Does 31 through 50, inclusive,<br><br>    Defendants. | Case No. 2:20-CV-02502-DJC-AC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>District Judge Daniel J. Calabretta<br>Courtroom 10, 13th Floor<br><br>Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 144, Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate with respect to Defendants' time to file a response to Plaintiffs' Second Amended Complaint ("Second Amended Complaint") (ECF No. 37), as modified by the Court's Order on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 60) as follows:

WHEREAS, Plaintiffs filed a Second Amended Complaint on July 29, 2022 (ECF No. 37);

WHEREAS, Defendants filed a Motion to Dismiss the Second Amended Complaint Pursuant to Rules 12(B)(7) and 19, and in the Alternative, Rule 12(B)(6) on March 7, 2024 (ECF No. 51);

WHEREAS, this Court issued an Order granting in part and denying in part Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint on June 12, 2024 (ECF No. 60). As part of that Order, the Court ordered, "Within 30 days, Defendant [sic] is ordered to file an Amended Complaint consistent with this Order or inform the Court of its election to stand on the Second Amended Complaint."

WHEREAS, Plaintiffs filed a Notice of Election to <u>Not</u> File a Third Amended Complaint after Order on Motion to Dismiss (the "**Notice**") on July 12, 2024 (ECF No. 61). The Notice provides that the Second Amended Complaint, as modified by the Court's Order at ECF No. 60 shall be the operative complaint.

WHEREAS, Defendants' response would ordinarily be due on August 2, 2024 (twenty-one days from the date of the Notice);

WHEREAS, due to the complexity and number of allegations, competing demands on attorneys' time, and prescheduled vacations, the parties agree to a two-week extension until August 16, 2024 for Defendants to file a response to the Second Amended Complaint;

WHEREAS, the requested two week extension does not alter any Court ordered deadlines;

WHEREAS, the parties have not previously obtained any extensions of time to respond to this operative Second Amended Complaint as modified by the Court's Order on Defendants' Motion to Dismiss (ECF No. 60), and they do not enter into this stipulation for the purposes of delay.

**STIPULATION**

**NOW THEREFORE,** the parties hereby stipulate and agree, subject to the Court's approval as follows:

Defendants' time to respond to the Second Amended Complaint shall be extended to August 16, 2024.

**IT IS SO STIPULATED.**

DATED: July 18, 2024                    NICHOLAS & TOMASEVIC, LLP

By:     */s/ Alex Tomasevic*
        ALEX TOMASEVIC
        Attorneys for Plaintiffs
        NICHA LEASER, ATCHARA WONGSAROJ,
        KATINA MAGEE and JOYCE EISMAN

DATED: July 18, 2024                    COBLENTZ PATCH DUFFY & BASS LLP

By:     */s/ Howard Slavitt*
        HOWARD A. SLAVITT
        Attorneys for Defendants
        PRIME ASCOT, L.P.; PRIME ASCOT
        ACQUISITION, LLC; PRIME/PARK LABREA
        TITLEHOLDER, LLC; PRIME
        ADMINISTRATION, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 18, 2024                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

018018.0001 4860-5116-5137.3                    3                    Case No. 2:20-CV-02502-DJC-AC
**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSE TO SECOND AMENDED COMPLAINT**