**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: jbelcastro@nicholaslaw.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHA LEASER, ATCHARA WONGSAROJ, KATINA MCGEE, and JOYCE EISMAN, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PRIME ASCOT, L.P., a California limited partnership; PRIME ASCOT ACQUISITION, LLC, a Delaware limited liability company; PRIME/PARK LABREA TITLEHOLDER, LLC, a Delaware limited liability company (originally sued as Doe 1); PRIME ADMINISTRATION, LLC, a Delaware limited liability company; and Does 31 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02502-DJC-AC<br><br>**STIPULATION AND ORDER TO RESCHEDULE HEARING AND EXTEND PLAINTIFFS' TIME TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGEMENT AND JUDGEMENT ON PLEADINGS**<br><br>**Judge**: Hon. Daniel J. Calabretta<br><br>**Action Removed**: December 17, 2020<br>**Trial Date**: None Set |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 144, Plaintiffs and Defendants (collectively, the Parties), by and through their respective counsel of record, hereby stipulate with respect to Plaintiffs' time to file their opposition to Defendants' Motion for Partial Summary Judgement and Motion for Judgement on Pleadings, and to the hearing on Defendants' aforementioned Motions, as follows:

WHEREAS, Defendants filed their Motion for Partial Summary Judgement and Motion for Judgement on Pleadings on October 11, 2024 (ECF No. 70 & 71);

WHEREAS, the hearing on Defendants' Motion for Partial Summary Judgement and Motion for Judgement on Pleadings is scheduled for November 14, 2024, at 1:30 p.m. before the Hon. Daniel J. Calabretta, in Courtroom 10 on the 13th Floor of the Robert T. Matsui United States Courthouse, 501 1st Street, Sacramento, CA 95814.

WHEREAS, Plaintiffs' oppositions for both Motions would ordinarily be due on October 24, 2024 (14 days after Defendants' filing of the original Motions).

WHEREAS, as Plaintiffs' counsel has recently informed Defense counsel, attorney Alex Tomasevic, chief trial counsel on this matter who also will be heavily involved in opposing these two motions, has a prepaid family vacation and will be out of the country on November 14th. Also, his partner and co-trial counsel on the matter, Craig Nicholas, is currently out of the country through next week, October 25, 2024.

WHEREAS, the Parties have met and conferred and hereby jointly stipulate to the following modified briefing and hearing schedule which seeks to accommodate counsel's prescheduled travel plans during the Thanksgiving holidays:

| Event | Modified Deadline |
| --- | --- |
| Plaintiffs' Opposition to the Motion for Judgment on the Pleadings | November 7, 2024 |
| Plaintiffs' Opposition to the Motion for Partial Summary Judgment | November 21, 2024 |

| Defendants' Reply in Support of the Motion for Judgment on the Pleadings | December 6, 2024 |
|---|---|
| Defendants' Reply in Support of the Motion for Partial Summary Judgment | December 13, 2025 |
| Combined Hearing on the both Motions | January 9, 2025 |

## STIPULATION

**NOW THEREFORE**, the parties hereby stipulate and agree, subject to the Court's approval, as follows:

Plaintiffs' time to file their opposition to Defendants' Motion for Judgement on Pleadings shall be extended to November 7, 2024.

Plaintiffs' time to file their opposition to Defendants' Motion for Partial Summary Judgement shall be extended to November 21, 2024.

Defendants' time to file their reply in support of their Motion for Judgement on Pleadings shall be extended to December 6, 2024.

Defendants' time to file their reply in support of their Motion for Partial Summary Judgement shall be extended to December 13, 2024.

The hearing on Defendants' Motion for Partial Summary Judgement and Motion for Judgement on Pleadings shall be rescheduled to January 9, 2025.

**IT IS SO STIPULATED.**

DATED: October 15, 2024                              NICHOLAS & TOMASEVIC, LLP

By:      /s/ Alex Tomasevic
         Alex Tomasevic (SBN 245598)

         Attorneys for Plaintiffs
         NICHA LEASER, ATCHARA

|   |   |
|---|---|
|   | WONGSAROJ, KATINA MAGEE and JOYCE EISMAN |
| DATED: October 15, 2024 | COBLENTZ PATCH DUFFY & BASS LLP |
|   | By:    */s/ Howard Slavitt* <br> Howard A. Slavitt (SBN 172840) |
|   | Attorneys for Defendants <br> PRIME ASCOT, L.P.; PRIME ASCOT ACQUISITION, LLC; PRIME/PARK LABREA TITLEHOLDER, LLC; PRIME ADMINISTRATION, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 16, 2024       /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE