RICHARD R. PATCH (State Bar No. 88049)
MARK L. HEJINIAN (State Bar No. 281417)
DANIEL M. BRUGGEBREW (State Bar No. 307037)
EVAN CAMPBELL (State Bar No. 342223)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California  94104-5500
Telephone: 415.391.4800
Facsimile:  415.989.1663
Email:     ef-rrp@cpdb.com
           ef-mlh@cpdb.com
           ef-dmb@cpdb.com
           ef-egc@cpdb.com

Attorneys for Defendants
PRIME ASCOT, L.P.; PRIME ASCOT ACQUISITION, LLC; PRIME/PARK LABREA TITLEHOLDER, LLC; and PRIME ADMINISTRATION, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NICHA LEASER, ATCHARA WONGSAROJ, KATINA MAGEE, and JOYCE EISMAN, individually, and on behalf of others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>PRIME ASCOT, L.P., a California limited partnership; PRIME ASCOT ACQUISITION, LLC, a Delaware limited liability company; PRIME/PARK LABREA TITLEHOLDER, LLC, a Delaware limited liability company (originally sued as Doe 1); PRIME ADMINISTRATION, LLC, a Delaware  limited liability company; and Does 31 through 50, inclusive,<br><br>     Defendants. | Case No. 2:20-CV-02502-DJC-AC<br><br>**AMENDED STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>District Judge Daniel J. Calabretta<br>Courtroom 10, 13th Floor<br><br>Trial Date: July 13, 2026 |

Plaintiffs NICHA LEASER, ATCHARA WONGSAROJ, KATINA MAGEE and JOYCE EISMAN (collectively, "Plaintiffs") and Defendants PRIME ASCOT, L.P., PRIME ASCOT ACQUISITION, LLC, PRIME/PARK LABREA TITLEHOLDER, LLC, PRIME ADMINISTRATION, LLC (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court issued a scheduling order on October 21, 2024 (ECF No. 82) (the "Scheduling Order");

WHEREAS, under the Scheduling Order, all fact discovery shall be completed no later than July 31, 2025;

WHEREAS, on April 10, 2025, Defendants served a Notice of Deposition on each Plaintiff, scheduling the depositions of Leaser for May 28, 2025, of Wongsaroj for May 30, 2025, of Magee for June 3, 2025, and of Eisman for June 5, 2025 (the "Plaintiff Deponents");

WHEREAS, on July 2, 2025, Plaintiffs offered the following dates for the Plaintiffs Deponents' depositions: July 22, July 25, July 28, July 29, July 30, and August 1, 2025;

WHEREAS, on July 2, 2025, Plaintiffs served a Notice of Deposition of Defendant Prime Administration, LLC's 30(b)(6) Designation, scheduling the deposition for July 21, 2025;

WHEREAS, on July 2, 2025, Plaintiffs inquired about potential deposition dates for Jamie Madden, Jason Ursua, Lizza Castro, and Michael Denham (together with the Plaintiff Deponents and Defendant Prime Administration, LLC, the "Parties' Deponents");

WHEREAS, the Parties are engaged in meaningful settlement discussions and seek to suspend certain deadlines set forth in the Scheduling Order to allow the Parties additional time to explore settlement; and

WHEREAS, in the event the Parties cannot reach settlement, the Parties reserve all rights regarding the potential depositions of the Parties' Deponents identified above.

NOW THEREFORE, subject to the Court's approval:

1. The dates and deadlines in the Scheduling Order shall be modified as follows:

| | |
|---|---|
| Fact Discovery Cutoff Date: | 9/30/2025; |
| Expert Disclosure Deadline: | 12/1/2025; |
| Supplemental Disclosure Deadline: | 2/16/2026; |
| Expert Discovery Cutoff Date: | 3/20/2026; |
| Motion for Class Certification Deadline: | 9/24/2025; |
| Class Certification Motion Hearing: | 11/6/2025 at 1:30 PM; |
| Dispositive Motion Filing Deadline: | 5/15/2026; |
| Dispositive Motion Hearing: | 7/9/2026 at 1:30 PM; |
| Final Pretrial Conference: | 9/24/2026 at 1:30 PM; and |
| Jury/Bench Trial | 11/9/2026 at 8:30 AM. |

2. All other terms and deadlines not expressly addressed in this Stipulation remain in effect.

3. Notwithstanding the extension of the fact discovery cut-off date, the parties agree that they shall not propound additional written discovery and shall not seek the depositions of any witnesses other than the Parties' Deponents referenced herein absent a showing of good cause.

**IT IS SO STIPULATED.**

DATED: July 22, 2025         NICHOLAS & TOMASEVIC, LLP

By: */s/ Alex Tomasevic*
ALEX TOMASEVIC
Attorneys for Plaintiffs
NICHA LEASER, ATCHARA WONGSAROJ, KATINA MAGEE and JOYCE EISMAN

DATED: July 22, 2025         COBLENTZ PATCH DUFFY & BASS LLP

By: _/s/ Mark L. Hejinian_
MARK L. HEJINIAN
Attorneys for Defendants
PRIME ASCOT, L.P.; PRIME ASCOT ACQUISITION, LLC; PRIME/PARK LABREA TITLEHOLDER, LLC; PRIME ADMINISTRATION, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 22, 2025         /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE