# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHA LEASER , ET AL. ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:20–CV–02502–DJC–AC** |
| v. | |
| **PRIME ASCOT, L.P. , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/19/25 .**

ENTERED: **September 19, 2025**     /s/ **Keith Holland**
                                     Clerk of Court