1 | RICHARD R. PATCH (State Bar No. 88049)
MARK L. HEJINIAN (State Bar No. 281417)
2 | DANIEL M. BRUGGEBREW (State Bar No. 307037)
EVAN CAMPBELL (State Bar No. 342223)
3 | COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
4 | San Francisco, California 94104-5500
Telephone: 415.391.4800
5 | Facsimile: 415.989.1663
Email:   ef-rrp@cpdb.com
6            ef-mlh@cpdb.com
             ef-dmb@cpdb.com
7            ef-egc@cpdb.com

8 | Attorneys for Defendants

9 | CRAIG M. NICHOLAS (SBN 178444)
ALEX TOMASEVIC (SBN 245598)
10 | JORDAN BELCASTRO (SBN 339570)
NICHOLAS & TOMASEVIC, LLP
11 | 225 Broadway, 19th Floor
San Diego, California 92101
12 | Telephone: 619.325.0492
Facsimile: 619.325.0496
13 | Email:   cnicholas@nicholaslaw.org
             atomasevic@nicholaslaw.org
14           jbelcastro@nicholaslaw.org

15 | Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| NICHA LEASER, ATCHARA WONGSAROJ, KATINA MAGEE, and JOYCE EISMAN, individually, and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PRIME ASCOT, L.P., a California limited partnership; PRIME ASCOT ACQUISITION, LLC, a Delaware limited liability company; PRIME/PARK LABREA TITLEHOLDER, LLC, a Delaware limited liability company (originally sued as Doe 1); PRIME ADMINISTRATION, LLC, a Delaware limited liability company; and Does 31 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-CV-02502-DJC-AC<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING ORDER AND SET HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL; ORDER**<br><br>District Judge Daniel J. Calabretta<br>Courtroom 10, 13th Floor<br><br>Trial Date: July 13, 2026 |

Pursuant to E.D. Cal. L.R. 160(a), Plaintiffs NICHA LEASER, ATCHARA WONGSAROJ, KATINA MAGEE, and JOYCE EISMAN, individually, and on behalf of others similarly situated ("Plaintiffs") and Defendants PRIME ASCOT, L.P.; PRIME ASCOT ACQUISITION, LLC; PRIME/PARK LABREA TITLEHOLDER, LLC; and PRIME ADMINISTRATION, LLC ("Defendants") (collectively, the "Parties") submit this Notice of Settlement to inform the Court that the Parties have reached a provisional settlement to resolve all claims between Plaintiffs and Defendants pending in this putative class action.

In light of this development, the Parties jointly request that the Court vacate the current Scheduling Order (Dkt. 104) and set a hearing for the Joint Motion for Preliminary Approval on December 11, 2025, at 1:30 p.m.  Because it will be a joint and unopposed motion, the Parties have stipulated to and request a shortened deadline of November 14, 2025, for the parties to file the Joint Motion for Preliminary Approval.

DATED: October 10, 2025         NICHOLAS & TOMASEVIC, LLP

                                By: */s/ Craig M. Nicholas*
                                    CRAIG M. NICHOLAS
                                    ALEX TOMASEVIC
                                    JORDAN BELCASTRO
                                    Attorneys for Plaintiffs

DATED: October 10, 2025         COBLENTZ PATCH DUFFY & BASS LLP

                                By: */s/ Mark L. Hejinian*
                                    RICHARD R. PATCH
                                    MARK L. HEJINIAN
                                    DANIEL M. BRUGGEBREW
                                    EVAN CAMPBELL
                                    Attorneys for Defendants

**ORDER**

Pursuant to the Parties' stipulation, the Court hereby VACATES all pending dates and deadlines set forth in the Amended Stipulation and Order To Modify Scheduling Order (Dkt. 104). The Parties shall file the Joint Motion for Preliminary Approval by November 14, 2025. The Joint Motion for Preliminary Approval shall be noticed for hearing on December 18, 2025, at 1:30 p.m. in Courtroom 7 before District Judge Daniel J. Calabretta

**IT IS SO ORDERED.**

Dated: October 14, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

018018.0001 4896-3811-2881.3

3

Case No. 2:20-CV-02502-DJC-AC

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING ORDER AND SET HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL; ORDER**