RICHARD R. PATCH (State Bar No. 88049)
MARK L. HEJINIAN (State Bar No. 281417)
DANIEL M. BRUGGEBREW (State Bar No. 307037)
EVAN CAMPBELL (State Bar No. 342223)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California  94104-5500
Telephone: 415.391.4800
Facsimile:  415.989.1663
Email:     ef-rrp@cpdb.com
           ef-mlh@cpdb.com
           ef-dmb@cpdb.com
           ef-egc@cpdb.com

Attorneys for Defendants
PRIME ASCOT, L.P.; PRIME ASCOT ACQUISITION, LLC; PRIME/PARK LABREA TITLEHOLDER, LLC; and PRIME ADMINISTRATION, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NICHA LEASER, ATCHARA WONGSAROJ, KATINA MAGEE, and JOYCE EISMAN, individually, and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>PRIME ASCOT, L.P., a California limited partnership; PRIME ASCOT ACQUISITION, LLC, a Delaware limited liability company; PRIME/PARK LABREA TITLEHOLDER, LLC, a Delaware limited liability company (originally sued as Doe 1); PRIME ADMINISTRATION, LLC, a Delaware  limited liability company; and Does 31 through 50, inclusive,<br><br>  Defendants. | Case No. 2:20-CV-02502-DJC-AC<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>District Judge Daniel J. Calabretta<br>Courtroom 10, 13th Floor<br><br>Trial Date: not set |

1

Case No. 2:20-CV-02502-DJC-AC

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

Plaintiffs NICHA LEASER, ATCHARA WONGSAROJ, KATINA MAGEE and JOYCE EISMAN (collectively, "Plaintiffs") and Defendants PRIME ASCOT, L.P., PRIME ASCOT ACQUISITION, LLC, PRIME/PARK LABREA TITLEHOLDER, LLC, PRIME ADMINISTRATION, LLC (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Parties filed a Joint Notice Of Settlement And Request To Vacate Scheduling Order And Set Hearing On Joint Motion For Preliminary Approval on October 10, 2025 (ECF No. 106);

WHEREAS, the Court vacated the previous scheduling order (ECF No. 104) and issued a scheduling order on October 14, 2024 (ECF No. 107) (the "Scheduling Order");

WHEREAS, under the Scheduling Order, the deadline for the Parties to file their Joint Motion for Preliminary Approval is set for November 14, 2025, and the hearing on the Parties' Joint Motion for Preliminary Approval is set for December 18, 2025; and

WHEREAS, the Parties have been diligently working to finalize their settlement agreement, Joint Motion for Preliminary Approval, and accompanying documents, and such efforts would benefit from a brief amount of additional time to finalize the relevant filings.

NOW THEREFORE, subject to the Court's approval:

The Parties shall file the Joint Motion for Preliminary Approval by November 24, 2025. The Joint Motion for Preliminary Approval shall remain noticed for hearing on December 18, 2025, at 1:30 p.m. in Courtroom 7 before District Judge Daniel J. Calabretta.

DATED: November 13, 2025         NICHOLAS & TOMASEVIC, LLP

By:  /s/ Alex Tomasevic
ALEX TOMASEVIC
Attorneys for Plaintiffs
NICHA LEASER, ATCHARA WONGSAROJ, KATINA MAGEE and JOYCE EISMAN

2    Case No. 2:20-CV-02502-DJC-AC
**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

DATED: November 13, 2025        COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Mark L. Hejinian*
MARK L. HEJINIAN
Attorneys for Defendants
PRIME ASCOT, L.P.; PRIME ASCOT ACQUISITION, LLC; PRIME/PARK LABREA TITLEHOLDER, LLC; PRIME ADMINISTRATION, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 21, 2025        /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE