RICHARD R. PATCH (State Bar No. 88049)
MARK L. HEJINIAN (State Bar No. 281417)
DANIEL M. BRUGGEBREW (State Bar No. 307037)
EVAN CAMPBELL (State Bar No. 342223)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-rrp@cpdb.com
          ef-mlh@cpdb.com
          ef-dmb@cpdb.com
          ef-egc@cpdb.com

Attorneys for Defendants
PRIME ASCOT, L.P.; PRIME ASCOT
ACQUISITION, LLC; PRIME/PARK LABREA
TITLEHOLDER, LLC; and
PRIME ADMINISTRATION, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NICHA LEASER, ATCHARA WONGSAROJ, KATINA MAGEE, and JOYCE EISMAN, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRIME ASCOT, L.P., a California limited partnership; PRIME ASCOT ACQUISITION, LLC, a Delaware limited liability company; PRIME/PARK LABREA TITLEHOLDER, LLC, a Delaware limited liability company (originally sued as Doe 1); PRIME ADMINISTRATION, LLC, a Delaware limited liability company; and Does 31 through 50, inclusive,<br><br>Defendants. | Case No. 2:20-CV-02502-DJC-AC<br><br>**NOTICE OF MOTION AND JOINT MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Declaration of Mark L. Hejinian; Declaration of Alex Tomasevic; and [Proposed] Order]*<br><br>Date: December 18, 2025<br>Time: 1:30 p.m.<br>Ctrm: Courtroom 7, 14th Floor<br><br>District Judge Daniel J. Calabretta<br><br>Trial Date: not set |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 18, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 7 of the United States District Court, Eastern District of California, Sacramento Division, located at 501 I Street, Sacramento, California 95814, Plaintiffs NICHA LEASER ("Leaser"), ATCHARA WONGSAROJ ("Wongsaroj"), KATINA MAGEE ("Magee"), and JOYCE EISMAN ("Eisman"), individually, and on behalf of others similarly situated ("Plaintiffs") and Defendants PRIME ASCOT, L.P.; PRIME ASCOT ACQUISITION, LLC; PRIME/PARK LABREA TITLEHOLDER, LLC; and PRIME ADMINISTRATION, LLC ("Defendants") (collectively, the "Parties") jointly and respectfully request that the Court: (1) grant preliminary approval of the proposed Class Action Settlement; (2) provisionally certify the proposed Settlement Class by entering an order in the proposed form lodged herewith; and (3) set the date for a formal fairness hearing on final settlement approval.

Plaintiffs assert four types of claims, individually, and on behalf of others similarly situated, arising out of their tenancies at Blue Rock Village and Park La Brea, managed or owned by a particular Defendant: (1) Plaintiffs Wongsaroj, Leaser, and Magee assert claims for breach of the warranty of habitability at Blue Rock Village (and other related claims) arising from alleged mouse infestation of their apartments; (2) for allegedly unlawful liquidated damages relating to a $75 late fee at Blue Rock Village and a different late fee at Park La Brea; (3) for allegedly unlawful liquidated damages when tenants decide to end their lease in the middle of the lease term and have selected an early termination fee option rather than to be liable for all damages incurred through the remainder of the lease term; and (4) for allegedly failing to comply with California's security deposit statute, California Civil Code section 1950.5. Defendants deny wrongdoing of any kind whatsoever.

The Parties have engaged in extensive negotiations and reached a settlement that represents a fair compromise of their respective positions. Under the proposed settlement, the Parties agree to certify a Settlement Class consisting of all persons who were a resident of Blue Rock Village or Park La Brea and paid at least one late fee exceeding $55.00 between May 9, 2014, and February 18, 2025, and whose claims have not been extinguished, released, or waived. Defendants will

**NOTICE OF MOTION AND JOINT MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

create a non-reversionary settlement fund (consisting of $292,960.07) and pay each settlement class member the amount of any late fee exceeding $55.00 paid between May 9, 2014, and February 18, 2025, less $55.00. Unpaid funds remaining in the settlement fund shall be paid to appropriate state or local government unclaimed property funds in the name of the recipient.

The parties have also negotiated injunctive relief. If the Court approves, Defendants will agree to be bound by a two-year injunction to cap monthly late fees at $55.00 per monthly charge. After two years, Defendants agree to limit late fee increases by no more than an amount equal to the preceding annual increase in the Consumer Price Index ("CPI") as set forth by the U.S. Bureau of Labor Statistics in the month immediately preceding any such fee increase. Next, Defendants will implement and/or maintain procedures to prohibit the assessment of late fees solely on unpaid late fees, and to ensure compliance with California Civil Code section 1950.5 with respect to security deposits. Subject to Court approval, Defendants will also separately pay for claims administration and the dissemination of notice to the Class, for Plaintiffs' reasonable attorneys' fees and costs, and an Incentive Payment of up to $10,000 to each named Plaintiff.

Defendants will also separately pay Plaintiffs Leaser and Wongsaroj, together, $100,000, inclusive of attorneys' fees and costs in exchange for their dismissals with prejudice of their individual habitability claims.

Defendants, in turn, will receive a release from the Settlement Class of all claims relating to Defendants' late fee, early termination option fee, and security deposit practices at Blue Rock Village and Park La Brea.. Defendants will also receive a release from Plaintiffs Leaser and Wongsaroj of their habitability claims at Blue Rock Village. This proposed settlement is fair to all parties and should be preliminarily approved.

This Motion is based on the Notice of Motion and Motion, the following Memorandum of Points and Authorities, the Declarations of Mark L. Hejinian and Alex Tomasevic in support of the Motion, all the pleadings and papers on file in this action, any matters of which the Court may take judicial notice, any evidence or argument presented at the hearing on the motion, and any other matters the Court deems proper.

DATED: November 24, 2025     NICHOLAS & TOMASEVIC, LLP

By: */s/ Alex Tomasevic*
ALEX TOMASEVIC
CRAIG M. NICHOLAS
Attorneys for Plaintiffs
NICHA LEASER, ATCHARA WONGSAROJ, KATINA MAGEE and JOYCE EISMAN

DATED: November 24, 2025     COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Mark Hejinian*
MARK L. HEJINIAN
Attorneys for Defendants
PRIME ASCOT, L.P.; PRIME ASCOT ACQUISITION, LLC; PRIME/PARK LABREA TITLEHOLDER, LLC; PRIME ADMINISTRATION, LLC